UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MIGUEL LUGO, individually and on behalf
of all others similarly situated,

                       Plaintiff,

                                                                                          JUDGMENT
                                                                                      19-cv-01435 (ARR) (CLP)

     v.

FORSTER & GARBUS, LLP,

                     Defendant.
-------------------------------------------------------------- X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on October 21, 2019, granting defendant's motion for judgment on the pleadings; it is

       ORDERED and ADJUDGED that defendant's motion for judgment on the pleadings is granted; and that judgment is hereby entered in favor of defendant.

Dated: Brooklyn, NY                                                       Douglas C. Palmer
        October 22, 2019                                                 Clerk of Court

                                                                                            By: /s/*Jalitza Poveda*
                                                                                                  Deputy Clerk